No. 81–2247.   McCarthy et al. v. Mensch et al. Sup. Ct. Fla.   Certiorari denied.

No. 81–2248.   Berns v. United States.   C. A. 6th Cir. Certiorari denied.

No. 81–2250.   Harvey et al. v. United States.   C. A. 9th Cir.   Certiorari denied.

No. 81–2251.   Williams v. Cook County Civil Service Commission et al.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 81–2253.   Vinston v. Arkansas.   Sup. Ct. Ark. Certiorari denied.

No. 81–2255.   Checkrite Petroleum Inc. v. Amoco Oil Co.   C. A. 2d Cir.   Certiorari denied.

No. 81–2256.   Jefferson County, Kentucky, et al. v. Hays et al.; and
No. 82–28.   Hays et al. v. Jefferson County, Kentucky, et al.   C. A. 6th Cir.   Certiorari denied.   Reported below: 668 F. 2d 869 and 673 F. 2d 152.

No. 81–2259.   Missouri Pacific Railroad Co. v. Boubel.   C. A. 5th Cir.   Certiorari denied.

No. 81–2260.   S. A. R. L. de Gestion Pierre Cardin v. Morse.   C. A. 2d Cir.   Certiorari denied.

No. 81–2261.   Kim et al. v. Taylor et al.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.